**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT POON, | No. C 08-04343 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| JOHN CLARK KELSO, Receiver; ROBERT SILLEN, Former Receiver; Dr. G. CHEUNG, DDS, CSP-Solano; Dr. MCINTYRE, Chief Dentist, CSP-Solano; Dr. PARK-LIN, DDS, CSP-Solano; Dr. ALVARO C. TRAQUINA, Chief Medical Officer, SCP-Solano; Dr. WIN, SDP-Solano; Dr. BASI, CSP-Solano; MARIA L. VASQUEZ, M.A., CSP-Solano; M. LEMUS, CSP-Solano; C. ARTHUR, CSP-Solano; V. SINGH, Associate Warden, CSP-Solano; D. K. SISTO, Warden, CSP-Solano; Captain R. PENNINGTON, CDCR Headquarters; N. GRANNIS, Chief, Inmate Appeals Branch, CDCR Headquarters, Sacramento; and JAMES TILTON, Former Director, CDCR Headquarters, Sacramento, | |
| Defendants. / | |

This is a civil rights case brought pro se by a state prisoner. The acts complained of occurred at California State Prison-Solano, which lies within the venue of the United States District Court for the Eastern District of California. The defendants appear to reside in that

1  district as well.[1]

2  In the interests of justice, this case is **TRANSFERRED** to the United States District Court
3  for the Eastern District of California. *See* 28 U.S.C. § 1404(a). In view of the transfer, the
4  Court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

5  **IT IS SO ORDERED.**

6  Dated: September __23__, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.08\POON4343.TRN.wpd

---

[1] Although plaintiff gives the address of the receiver and former receiver as the Northern District courthouse, in fact their operations are in Sacramento. Neither is alleged to have been personally involved in the events giving rise to the suit, so even if they reside here, the center of gravity of this case clearly is in the Eastern District.

2